*E-Filed: January 30, 2015*

1  JACK B. MCCOWAN, JR. (SBN: 062056)
   jmccowan@gordonrees.com
2  MARIE TRIMBLE HOLVICK (SBN: 257891)
   mholvick@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   Gordon & Rees LLP and
7  Heather A. Irwin

8

9               UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

12 **Daniel Delacruz, Sr.**, an individual;           )   CASE NO. CV 14 05336 HRL
                                                      )
13                            Plaintiff,              )   **DEFENDANTS GORDON & REES LLP**
                                                      )   **AND HEATHER IRWIN'S REQUEST**
14    vs.                                             )   **TO RESCHEDULE HEARING DATE**
                                                      )   **FOR FEBRUARY 17, 2015**
15 **The State Bar of California**, a California      )
   public entity; **the State Bar of California**    )
16 **Client Security Fund**, a California public entity)
   as the successor in interest for debtor **Richard**)
17 **McLaughlin**, an individual; **Lucy Armendariz**,)
   in her official and individual capacity;           )
18 **Catherine D. Purcell**, in her official and      )
   individual capacity; **Judith A. Epstein**, in her )
19 official and individual capacity; **JoAnn M.**     )
   **Remke**, in her official and individual capacity;)
20 **Cydney Batchlor**, in her official and individual)
   capacity; **Allen Blumenthal**, in his official and)
21 individual capacity; **Susan Chan**, in her official)
   and individual capacity; **Lisa Cummins**, in her  )
22 official and individual capacity; **Richard**      )
   **Frankel**, in his official and individual capacity; )
23 **Rachel S. Grunberg**, in her official and        )
   individual capacity; **Starr Babcock**, in his     )
24 official and individual capacity; **Richard**      )
   **Zanassi**, in his official and individual capacity;)
25 **William Shaffer**, in his official and individual )
   capacity; **Manuel Jimenez**, in his official and  )
26 individual capacity; **Susan Kagan**, in her       )
   official and individual capacity; **Jayne Kim**, in)
27 her official and individual capacity; **Debra**    )
   **Lawson**, in her official and individual capacity;)
28 **Sean McCoy**, in his official and individual     )

-1-
DEFENDANTS GORDON & REES LLP AND HEATHER IRWIN'S REQUEST TO RESCHEDULE HEARING
DATE FOR FEBRUARY 17, 2015 – CASE NO. CV 14 05336 HRL

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

| | |
|---|---|
| 1 | capacity; **Donald Steedman**, in his official and individual capacity; **Larry Sheingold**, in his official and individual capacity; **Bill Stephens**, in his official and individual capacity; **Vincent Au**, in his official and individual capacity; **Randy Difuntorum**, in his official and individual capacity; **Lauren McCurdy**, in her official and individual capacity; **Andrew Tuft**, in his official and individual capacity; **Tanimura & Antle, Inc.**, a California Corporation; **Mike Antle**, an individual; **Rick Antle**, an individual; **Carmen Ponce**, an individual; **Sue M. Antle** as the personal representative for the **Estate of Robert V. Antle**; **John Doe**, and unknown individual; **James Sullivan**, an individual; **L&G, LLP**, a California Limited Liability Partnership; **Richard Harray**, an individual, **the Judicial Counsel of California**, a California Public Entity, **Julie R. Culver**, in her official and individual capacity; **Sayler Legal Service, Inc.**, a California Corporation; **Stephanie Sayler**, an individual; **Joshua Sigal**, an individual; **Raquel Ramirez**, an individual; **Gordon & Reese LLP**, a California Limited Liability Partnership; **Heather Irwin**, an individual; **City of Salinas and the Salinas Police Department**, as municipal corporations; **City of Fresno and the Fresno Police Department**, as municipal corporations; **Steven Card**, in his official and individual capacity; **Fenton & Keller**, a California Professional Corporation; **Sara B. Boynas**, an individual; and DOES 5 through 20, inclusive,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On January 8, 2015, Defendants Gordon & Rees LLP and Heather A. Irwin ("Defendants") filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants noticed the motion for hearing on February 24, 2015. Defendants respectfully request that the hearing be moved from February 24, 2015 to February 17, 2015 for the following reasons: (1) The motions to dismiss filed by the State Bar defendants, the Judicial Council of California, and Judge Culver are set for February 17, 2015, (2) Defendants hope to avoid the time and cost of appearing on both February 17 and 24, 2015 due to the timing of the other defendants' motion, (3) Plaintiff will not be prejudiced by a February

DEFENDANTS GORDON & REES LLP AND HEATHER IRWIN'S REQUEST TO RESCHEDULE HEARING DATE FOR FEBRUARY 17, 2015 – CASE NO. CV 14 05336 HRL

17, 2015 hearing, as Plaintiff is already required to appear in court on February 17, 2015 and already filed his opposition to Defendants' motion, and (4) counsel for Defendants just learned that she must appear in San Francisco County Superior Court for trial call on February 23, 2015, and as such, may be unavailable on February 24, 2015.

As such, Defendants respectfully request that the hearing on its Motion to Dismiss be rescheduled from February 24, 2015 to February 17, 2015.

Dated: January 27, 2015                    GORDON & REES, LLP

By: _____
Jack B. McCowan, Jr.
Marie Trimble Holvick
Attorneys for Defendants
Gordon & Rees LLP and Heather A. Irwin

### ORDER

Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby rescheduled for hearing on February 17, 2015.

IT IS SO ORDERED.

Date: January 30, 2015                     _____
Judge Howard R. Lloyd
United States Magistrate Judge