Christopher A. Callihan, City Attorney (SBN 203010)
Katherine M. Hogan, Senior Deputy City Attorney (SBN 225597)
Anais Martinez Aquino, Deputy City Attorney (SBN 285038)
CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, California 93901
Telephone: (831) 758-7256
Facsimile: (831) 758-7257
chrisc@ci.salinas.ca.us, katherine.hogan@ci.salinas.ca.us,
anais.aquino@ci.salinas.ca.us

Attorneys for Defendant City of Salinas

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISON

| | |
|---|---|
| DANIEL DELACRUZ, SR., <br><br> Plaintiff, <br><br> vs. <br><br> THE STATE BAR OF CALIFORNIA, et al., <br><br> Defendants. | **Case No. CV-14-05336 (EJD)** <br><br> **CITY OF SALINAS OPPOSITION TO MOTION TO STRIKE REPLY BRIEF** <br><br> Date: June 18, 2015 <br> Time: 9:00 a.m. <br> Courtroom 4, 5th Floor <br> Hon. Edward J. Davila |

### I. INTRODUCTION

Defendant City of Salinas opposes Plaintiff's motion to strike its reply brief in support of its motion to dismiss. Plaintiff Daniel Delacruz, Sr., claims in his motion that the City of Salinas filed its reply brief late. He claims the reply brief was due on February 10, 2015. This is incorrect. The reply brief was due on February 18, 2015, the day it was filed.

### II. BACKGROUND

The City of Salinas filed its motion to dismiss on January 28, 2015 (Docket No. 133). Plaintiff filed his opposition to the motion on February 3, 2015 (Docket No. 145). The City of Salinas filed its reply brief on February 18, 2015 (Docket No. 165). Plaintiff filed his motion to strike the reply brief on March 20, 2015 (Docket No. 194).

### III. ARGUMENT

Plaintiff cites Local Rule 7-3(c) in support of his argument that the reply brief was filed late. Local Rule 7 sets forth the procedure for motions. An opposition is due 14 days after a motion is filed: "The opposition must be filed and served not more than 14 days after the motion was filed." U.S. Dist. Ct., Local Civ. Rules, Northern Dist. Cal., R. 7-3(a). A reply is due seven days after the due date for the opposition: "The reply to an opposition must be filed and served not more than 7 days after the opposition was due." U.S. Dist. Ct., Local Civ. Rules, Northern Dist. Cal., R. 7-3(c).

The City of Salinas filed its motion to dismiss on January 28, 2015. The opposition was due 14 days later, on February 11, 2015. Plaintiff filed his opposition several days early, on February 3, 2015. The reply was due seven days after the opposition was due (February 11), not the day Plaintiff filed his opposition (February 3). The reply was therefore due on February 18, 2015, not February 10, 2015.

Plaintiff fails to cite any basis for striking the reply brief other than Local Rule 7-3(c). The City of Salinas filed its timely reply brief on February 18, 2015, in accordance with Local Rule 7-3(c). Plaintiff's motion lacks merit.

### IV. CONCLUSION

Defendant City of Salinas opposes Plaintiff's motion to strike its reply brief for the foregoing reasons. Plaintiff's motion to strike is without basis, and should be denied.

Dated: March 2, 2015

                                                         ___/s/_____
                                                        Christopher A. Callihan
                                                        Katherine M. Hogan
                                                        Anais Martinez Aquino
                                                        Attorneys for Defendant City of Salinas