# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DELACRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE BAR OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06858-BLF<br><br>**SUA SPONTE JUDICAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

The parties submitted separate case management statements which both state that the above-entitled case is related to *Daniel Delacruz v. Mike Antle, et al.*, Case No. 14-cv-5336-EJD. ECF 56, 60.

Accordingly, pursuant to Civil Local Rule 3-12(c), this case is hereby sua sponte REFERRED to the Honorable Edward J. Davila for consideration of whether it is related to Case No. 14-cv-5336-EJD.

**IT IS SO ORDERED.**

Dated: August 25, 2017

_____
BETH LABSON FREEMAN
United States District Judge